IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OKNA WINDOWS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DIVERSIFIED STRUCTURAL | : | |
| COMPOSITES | : | NO. 18-2444 |

# ORDER

**AND NOW**, this 8th day of August, 2019, upon consideration of Plaintiff's Motion for Partial Summary Judgment (Docket No. 21), Defendant's Motion for Summary Judgment (Docket No. 23), all documents filed in connection with both Motions, and the hearing on July 29, 2019, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff's Motion is **DENIED** in its entirety.

2. Defendant's Motion is **GRANTED** as to all Counts of the Complaint.

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.